[No. 22162-8-III.   Division Three.   December 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL R. HUWE,
*Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 02-1-00022-9, William D. Acey, J., entered May 27, 2003. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 22561-5-III.   Division Three.   December 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LOREN DAN DRAIN,
*Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-00388-9, Susan L. Hahn, J., entered October 30, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

[No. 51678-7-I.   Division One.   December 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY ALLAN
AASE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03275-0, Cheryl B. Carey, J., entered December 16, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 52038-5-I.   Division One.   December 13, 2004.]

A.C., *Appellant*, v. THE BELLINGHAM SCHOOL DISTRICT,
*Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01428-1, David A. Nichols, J., entered February 28, 2003. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Ellington, J.; Becker, J., concurring separately. Now published at 125 Wn. App. 511.